Hebel, Ives & Davis, for appellants; Allen & Allen, for appellees. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed January 28, 1954; released for publication February 15, 1954.

## Harry D. Lucas, Appellant, v. Frederick E. Hambrecht, M. D., Appellee.

### Gen. No. 10,711. (Abstract of Decision.)

Jack E. Walker, for appellant; Charles D. Snewind, of counsel; Burrel Barash, and Robert C. Stoerzbach, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed January 28, 1954; released for publication February 15, 1954.

## Helen Ridge, Appellee, v. John E. Ridge, Appellant.

### Gen. No. 10,715. (Abstract of Decision.)